UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
IN THE MATTER OF THE ESTATE OF
GEORGE HOMER TILLMAN III BY
ANTOINETTE TILLMAN, INDIVIDUALLY
AND AS ADMINISTRATRIX OF
THE ESTATE,

               Plaintiff,                    **VERDICT SHEET (LIABILITY)**

       v.                              18-CV-2211 (RPK) (JAM)

SERGEANT THOMAS SORRENTINO,
Shield #5635, POLICE OFFICER
MICHAEL RENNA, Shield #6389,
POLICE OFFICER KENNETH STALLONE,
Shield #15897, and POLICE OFFICER
MATEUSZ KRZEMINSKI, Shield #29908,
as Police Officers and Individually,

               Defendants.
----------------------------------------------------------x


Has plaintiff proven by a preponderance of the evidence that any of the following defendants
subjected Mr. Tillman to excessive force?

| | | |
|---|---|---|
| Thomas Sorrentino | YES_____ | NO ✓ |
| Michael Renna | YES_____ | NO ✓ |
| Mateusz Krzeminski | YES ✓ | NO_____ |
| Kenneth Stallone | YES_____ | NO ✓ |


**Your deliberations are <u>finished</u>. The foreperson should sign and date the verdict sheet and
give a note to the Court Security Officer stating that the jury has reached a verdict.**

Foreperson: _Sanja J. Goethe-Searles_

Dated: _11 / 26 / 2024_

11-26-24
Court Exhibit
#9

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN THE MATTER OF THE ESTATE OF
GEORGE HOMER TILLMAN III BY
ANTOINETTE TILLMAN, INDIVIDUALLY
AND AS ADMINISTRATRIX OF
THE ESTATE,

                Plaintiff,                         **VERDICT SHEET (DAMAGES)**

       v.                                      18-CV-2211 (RPK) (JAM)

SERGEANT THOMAS SORRENTINO,
Shield #5635, POLICE OFFICER
MICHAEL RENNA, Shield #6389,
POLICE OFFICER KENNETH STALLONE,
Shield #15897, and POLICE OFFICER
MATEUSZ KRZEMINSKI, Shield #29908,
as Police Officers and Individually,

                Defendants.
-----------------------------------------------------------x

Question 1:

Has plaintiff proven any compensable damages from the use of excessive force against Mr. Tillman?

                    YES  **✓**    NO_____

What amount of compensable damages has plaintiff proven that she is entitled to receive from the defendant with regard to damages for injuries and losses sustained by Mr. Tillman before he died?  If you found that plaintiff proved Mr. Tillman was subjected to excessive force by the defendant, but *not* that plaintiff established damages for injuries and losses sustained by Mr. Tillman before he died, please enter an award of nominal damages in the amount of $1.

$ **1,000,000**

**Continued on next page.**

1

Court Exhibit #
12
1f-27-24

What amount of compensable damages has plaintiff proven that she is entitled to receive from the defendant with regard to damages from the death of Mr. Tillman? If you found that plaintiff proved Mr. Tillman was subjected to excessive force by the defendant, but *not* that plaintiff established damages from the death of Mr. Tillman, please enter an award of nominal damages in the amount of $1.

$ *4.3 mil*

Question 2:

Has plaintiff proven that she is entitled to punitive damages from the defendant?

YES __✓__    NO_____

If YES, what amount of punitive damages is plaintiff entitled to receive from the defendant?

$ *1 mil*

**Your deliberations are <u>finished</u>. The foreperson should sign and date the verdict sheet and give a note to the Court Security Officer stating that the jury has reached a verdict.**

Foreperson: *Tanja J. Carter-Deans*
Dated: *11/27/2024*

2